IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY EDWARDS,

     Petitioner,

v.

BUREAU OF PRISONS, *et al.*,

     Respondents.

Civil Action No. **3:13CV715**

## MEMORANDUM OPINION

Anthony Edwards, a former federal prisoner, submitted this petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] In his § 2241 Petition, Edwards seeks to compel the Respondents to provide him with adequate medical care after his release from imprisonment. Edwards "cannot pursue claims pertaining to allegedly inadequate medical care in a petition for a writ of habeas corpus." *Drew v. Johnson*, No. 3:11CV843, 2013 WL 3804990, at *2 (E.D. Va. July 22, 2013) (citing *McCain v. Garrity*, No. 3:02CV435, 2002 WL 32362032, at *1–2 (E.D. Va. July 16, 2002)). The § 2241 Petition will DENIED and the action will be DISMISSED. Edwards remains free to pursue any claims for adequate medical care by some other procedural vehicle.

---

[1] That statute provides, in pertinent part:

    (c) The writ of habeas corpus shall not extend to a prisoner unless—
       (1) He is in custody under or by color of the authority of the United States or is committed for trial before some court thereof; or
       (2) He is in custody for an act done or omitted in pursuance of an Act of Congress, or an order, process, judgment or decree of a court or judge of the United States; or
       (3) He is in custody in violation of the Constitution or laws or treaties of the United States . . . .

28 U.S.C. § 2241(c)(1)–(3).

An appropriate Order shall accompany this Memorandum Opinion.

/s/

John A. Gibney, Jr.
United States District Judge

Date: 11/6/13
Richmond, Virginia